UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-6009 CR-HUCK
MAGISTRATE JUDGE
O'SULLIVAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

MICHAEL REICH

Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning in or around May 2006, and continuing through on or about October 2007, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL REICH**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that the controlled substance consisted of at least one kilogram or more of anabolic steroid powder, a Schedule III narcotic.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

MICHAEL REICH,

## CERTIFICATE OF TRIAL ATTORNEY*

_____ Defendant.    /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| ___ | Miami | ___ | Key West | |
| _X_ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)         Yes ___    No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _____
   List language and/or dialect    _____

4. This case will take   _0_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | _X_ |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.: 544469

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __MICHAEL REICH__   No.: _____

**Count #1:**
Conspiracy to Possess with Intent to Distribute a Schedule III narcotic; in violation of 21:846
*Max Penalty: Five years' imprisonment; 3 years' supervised release and $250,000 fine.

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

AO 455 (Rev. 01/09) Waiver of Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. |
| MICHAEL REICH | ) |
| Defendant | ) |

Case No. **09-60097**

**BR - HUCK**

MAGISTRATE JUDGE
O'SULLIVAN

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After reading his advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*