UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### SENTENCING MINUTES

CASE NO: 09CR60097  DATE 7-29-09  JUDGE PAUL C. HUCK
DEFT: Michael Reich  RPTR: Patricia Sanders  CLERK: Evelyn Williams
DEFT. COUNSEL: Amy Tingley (appt/retnd) AUSA Jeffrey Neiman
INTERPRETER: Richard D. Collins

( ) Deft. failed to appear - bench warrant issued. Bond forfeited.
( ) Sentencing continued until _____ at _____

(X) JUDGMENT AND SENTENCE

AS TO COUNT  1  IMPRISONMENT FOR  12 MONTHS plus one day

AS TO COUNT ___ IMPRISONMENT FOR ___ MONTHS

AS TO COUNT ___ IMPRISONMENT FOR ___ MONTHS

( ) Dismissed Counts _____
USPO: Shannon Colberson
(✓) Recommendation to BOP: S. FL placement A+M

(✓) Standard Conditions

(✓) Fine: 5,000 due & payable immediately
(✓) Special Conditions imposed: 6 months home confinement = employ self employment Permissible Search, Comm service Employed full-time 250 per year if $/K unemployed 750 per Part-time = pro rata

File Appropriate Tax returns & Comply

( ) Restitution: _____
(✓) ASSESSMENT $ 100 due immediately
( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY
(✓) SUPERVISED RELEASE TERM: 3 years
( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205(C) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205(C)
(✓) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE: Sept 28, 2009 @ 2:00 pm
( ) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE
( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER
( ) BOND ON APPEAL SET AT _____

apply for early termination SD S/R 1:15 p.m. If D completes 1st 2 years or completes all comm service